UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM RALPH LEONARD,<br><br>Defendant. | Case No. 24-CR-966-BAS<br><br>ORDER OF CRIMINAL FORFEITURE |
|---|---|

WHEREAS, in the Information the United States sought forfeiture of all right, title and interest in property of Defendant WILLIAM RALPH LEONARD ("Defendant"), pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) as property constituting proceeds of the offense set forth in the Information in the violation of 18 U.S.C.§ 371, as charged in the Information.

WHEREAS, on or about May 15, 2024, Defendant pled guilty before Magistrate Michael S. Berg to Count 1 of the Information, which included consent to the forfeiture allegations of the Information, and consent to forfeiture of all property seized in connection with the case, including but not limited to entry of a forfeiture money judgment in the amount of $234,000.00 representing the proceeds Defendant personally received from the offense set forth in the Information, which forfeiture shall be included and incorporated as part of the judgment in this case; and

1    WHEREAS, on, May 30, 2024, this Court accepted the guilty plea of
2 Defendant; and

3    WHEREAS, by virtue of the admissions of the Defendant set out in the plea
4 agreement and guilty plea, the Court hereby finds that $234,000.00 represents the
5 amount of proceeds the Defendant personally obtained directly as a result of the
6 offense set forth in the Information to which Defendant pled guilty, 18 U.S.C. § 371,
7 as charged in the Information; and

8    WHEREAS, by virtue of said guilty plea and the Court's findings, the
9 United States is now entitled to an Order of Forfeiture in its favor against the
10 Defendant in the form of a forfeiture money judgment representing the amount of the
11 proceeds received by the Defendant in the amount of $234,000.00, pursuant to 18
12 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules
13 of Criminal Procedure; and

14    WHEREAS, by virtue of the facts set forth in the plea agreement and financial
15 addendum, the United States has established the requisite nexus between the
16 $234,000.00 forfeiture money judgment and the offense set forth in the Information;
17 and

18    WHEREAS, the Defendant has agreed that the provisions for the substitution
19 of assets as provided in 28 U.S.C. § 2461(c) which incorporates 21 U.S.C., § 853(p)
20 exist and has agreed the United States may take actions to collect the forfeiture
21 money judgment; and

22    WHEREAS, the United States, having submitted the Order herein to the
23 Defendant through his attorney of record, to review, and no objections having been
24 received;

25    Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
26    1.    Based on the guilty plea of the Defendant to Count 1 of the Information
27 the United States is entitled to a forfeiture money judgment against Defendant in the
28 amount of $234,000.00 pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C.§ 2461(c)

representing the proceeds Defendant personally received from the offense of conviction set forth in the Information, which forfeiture money judgment is in favor of the United States against Defendant WILLIAM RALPH LEONARD with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

    2.    This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture money judgment and collecting and enforcing it; and

    3.    Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

    4.    Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

    5.    The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $234,000.00 to satisfy the forfeiture money judgment in whole or in part; and

    6.    The United States may take any and all actions available to it to collect and enforce the forfeiture money judgment.

    7.    This order shall be incorporated and included as part of the judgment in this case when Defendant is sentenced.

DATED: 8/8/24

_____
Honorable Cynthia Bashant
United States District Judge